IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
--------------------------------------------------   :
JOHN C. MOORE, JR.,                                  : CASE NO.  1:04 CV 0242
                                                     :
                          Petitioner,                :
                                                     :
            -vs-                                     : JUDGMENT ENTRY
                                                     :
                                                     :
   JAMES HAVILAND, Warden,                           :
                                                     :
                          Respondent.                :
--------------------------------------------------   :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS


        This Court, having contemporaneously entered its Memorandum of Opinion and

Order accepting the report and recommendation of the Magistrate Judge and granting

petitioner a conditional writ of habeas corpus, hereby conditionally grants petitioner

John C. Moore a writ of habeas corpus that will result in the vacation of his conviction

and sentence unless the State of Ohio commences a new trial against him within 120

days after this judgment becomes final.


        IT IS SO ORDERED.


                                        /s/ Lesley Wells
                                        UNITED STATES DISTRICT JUDGE

Date: 28 February 2007